**Order entered March 15, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-19-00057-CV

**LOU D. VASQUEZ AND NILDA A. VASQUEZ, Appellants**

**V.**

**FIREBIRD SFE I, LLC, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-05077-E**

## ORDER

The record was due February 8, 2019. By letter dated February 7, 2019, the Dallas County Deputy Clerk notified appellants that the clerk's record had been prepared and would be delivered to the Court when payment of $52 was made. We, in turn, notified appellants by letter dated February 7, 2019, that the clerk's record had not been filed because the clerk had not received payment for the record. We instructed appellants to provide written verification they had made payment within ten days and cautioned them that the failure to do so might result in the dismissal of this appeal for want of prosecution.

On February 19, 2019, the Court received a copy of appellants' letter to the county clerk in which appellants instructed the clerk to "prepare a complete record for the Court of Appeals

and advise [us] of the cost." In the letter, appellants state they will "deliver payment . . . as soon as possible" after being made aware of the charge.

We **ORDER** appellants to provide the Court with written proof they have paid the $52 fee for the clerk's record **WITHIN SEVEN DAYS OF THE DATE OF THIS ORDER**. Failure to do so will result in this appeal being dismissed for want of prosecution without further notice. *See* TEX. R. APP. P. 35.3(c); 42.3(b), (c).

/s/     KEN MOLBERG
            JUSTICE